# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2006

Clifford W. Taylor,
Chief Justice

129689

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DONNA KROON-HARRIS,
        Plaintiff-Appellee,

v

SC: 129689
COA: 261146
Court of Claims: 04-000078-MK

STATE OF MICHIGAN,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 14, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument whether a claimant who elects to challenge a long-term disability benefits decision by the Office of State Employer must do so in circuit court or, in contrast, in the Court of Claims. The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments in their application papers.



d0509

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2006

_____
Clerk